# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:17-cv-00366-SVW-KKx | Date | September 18, 2017 |
|---|---|---|---|
| Title | *Shon Blue v. Diversified Adjustment Service, Inc.* | | |

**Present: The Honorable** STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** DISMISSAL OF CASE [20]

    Pursuant to the prior dismissal order (Dkt. 20), the Court dismisses the case for lack of subject-matter jurisdiction.

Initials of Preparer

PMC